IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE T. FARRELL,

    Debtor.

_____/

Case No: 8:07-bk-05406-KRM
Chapter 7

TRACI K. STEVENSON,
as Chapter 7 Trustee,

    Plaintiff,

v.

NICK KOTAICHE,

    Defendant.

_____/

Adv. Proc. No. 8:08-ap-00459-KRM

## PLAINTIFF'S REPLY TO DEFENDANT, NICK KOTAICHE'S AFFIRMATIVE DEFENSES

Plaintiff, Traci K. Stevenson, the Chapter 7 Trustee, (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, generally denies any and all defenses raised by the Defendant, Nick Kotaiche (hereinafter referred to as the "Defendant"), in Defendants' Answer to Adversary Complaint and Affirmative Defenses.

Dated this 23rd day of December, 2008.

        /s/ Camille J. Iurillo
        Camille J. Iurillo, Esquire
        Florida Bar No.: 902225
        Gina M. Pellegrino, Esquire
        Florida Bar No.: 0022842
        Iurillo & Associates, P.A.
        600 First Avenue North, Suite 308
        St. Petersburg, FL 33701
        (727) 895-8050 telephone
        (727) 895-8057 facsimile
        ciurillo@iurillolaw.com
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2008, I served a true and correct copy of the foregoing Plaintiff's Response to Defendant's Affirmative Defenses, via CM/ECF to Thaddeus Freeman, counsel for Defendant, thaddeus10@aol.com, 8150 Cypress Garden Court, Largo, FL 33777 and to the Chapter 7 Trustee, Traci K. Stevenson, P.O. Box 86690, Madeira Beach, FL 33738.

/s/ Camille J. Iurillo
Camille J. Iurillo, Esquire
Florida Bar No.: 902225
Gina M. Pellegrino, Esquire
Florida Bar No.: 0022842
Iurillo & Associates, P.A.
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciurillo@iurillolaw.com
Attorneys for Plaintiff